# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | Case No. 22-12026-KHT |
|---|---|
| T M Grace Builders, Inc. | Chapter 11 |
| Debtor. | |

## MOVANT'S STATUS REPORT

PFG Fund II, LLC ("PFG"), having previously filed its Motion for Partial Release of 11 U.S.C. 363(f) Sale Proceeds in Court Registry (the "Motion") at docket no. 248 on December 13, 2022, submits its status report as follows:

1.  On February 23, 2023, the Court entered its Order Granting Forthwith Stipulated Motion for Partial Release of 11 U.S.C. 363(f) Proceeds, approving, among other disbursements, a disbursement of $1,100,000 to PFG.

2.  On March 17, 2023, this Court entered an Interpleader Disbursement at docket no. 265, showing, among other disbursements, a disbursement in the amount of $1,100,000 to PFG. PFG confirms that it has received this disbursement.

3.  On March 22, 2023, PFG filed a Motion to Dismiss Without Prejudice its Rule 120 proceeding and withdrew its public trustee foreclosure against the subject property, 2740 Morning Run Court, Franktown, CO 80116 (the "Property," defined more fully in the Motion).

4.  After the dismissal of the Rule 120 proceeding and withdrawal of the foreclosure, the amounts due and owing under the Loan (as defined more fully in the Motion) are as follows:

| Principal | $89,103.07 |
|---|---|
| Unpaid Late Charges | $5,838.75 |
| Costs (foreclosure filing fees) | $186.10 |
| Attorneys' Fees | $6,111.99 |
| **TOTAL** | **$101,239.91** |

5.  These amounts owed are still secured by the Deed of Trust (as defined more fully in the Motion) and thus still constitute a lien on the funds in the Court registry, as such funds are proceeds from the sale of the Property.

6.  PFG hereby requests that this matter be re-set for a hearing on the remaining amounts held in the Court's registry.

Dated this 30th day of March, 2023.

MURR SILER & ACCOMAZZO, P.C.

*/s/ Tyler S. Gurnee*
Joseph A. Murr, Atty. Reg. No. 14427
Tyler S. Gurnee, Atty. Reg. No. 50250
1999 Broadway, Suite 3100
Denver, Colorado 80202
Tel. (303) 534-2277
Fax (303) 534-1313
Email: tgurnee@msa.legal
*Attorney for PFG Fund II, LLC*

## CERTIFICATE OF SERVICE

I certify that on **March 30, 2023,** , I served a complete copy of **Movant's Status Report** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via CM/ECF:**

| | |
|---|---|
| Alison E. Goldenberg, Esq.<br>US Trustee's Office<br>1961 Stout Street<br>Suite 12-200<br>Denver, CO 80294 | David B. Law, Esq.<br>Miller & Law, P.C.<br>1900 West Littleton Boulevard<br>Littleton, CO 80120 |
| Stephen B. Shapiro, Esq.<br>Duncan E. Barber, Esq.<br>Otteson Shapiro LLP<br>7979 East Tufts Avenue<br>Suite 1600<br>Denver, CO 80237 | Mitchell E. Ayer, Esq.<br>Dore Rothberg McKay, P.C.<br>16225 Park Ten Place<br>Suite 700<br>Houston, TX 77084 |
| Kevin S. Neiman, Esq.<br>Law Offices of Kevin S. Neiman, P.C.<br>999 18th Street, Suite 1230 South<br>Denver, CO 80202 | Neal K. Dunning, Esq.<br>Brown Dunning Walker Fein, P.C.<br>2000 South Colorado Blvd.<br>Tower Two, Suite 700<br>Denver, CO 80222 |
| Chad S. Caby, Esq.<br>Lewis Roca Rothgerber Christie LLP<br>1601 19th Street<br>Suite 1000<br>Denver, CO 8020 | Bethany R. Reece, Esq.<br>Reece & Baker, LLC<br>P.O. Box 6670<br>Denver, CO 80206 |
| Susan F. Baker, Esq.<br>Reece and Baker, LLC<br>P.O. Box 6670<br>Denver, CO 80206 | Patrice B. Collins, Esq.<br>Collins & Collins LLC<br>700 17th Street<br>Suite 1820<br>Denver, CO 80202 |
| Scott Havn, Esq.<br>Arnold & Arnold, LLP<br>7692 Shaffer Parkway<br>Suite A<br>Littleton, CO 80127 | Jason S. Buckley, Esq.<br>Garfield and Hecht, P.C.<br>5200 DTC Parkway<br>Suite 270<br>Greenwood Village, CO 80111 |
| Christian C. Onsager, Esq.<br>Gabrielle G. Palmer, Esq.<br>Onsager Fletcher Johnson<br>600 17th Street<br>Suite 425 North<br>Denver, CO 80202 | Arvind Nath Rawal<br>AIS Portfolio Services, LLC<br>4515 North Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118 |
| Larry A. Henning, Esq.<br>Law Office of Larry A. Henning | Marcello G. Rojas, Esq.<br>The Sayer Law Group, P.C.<br>3600 South Beeler Street |

| | |
|---|---|
| P.O. Box 101987<br>Denver, CO 80250-1987 | Suite 330<br>Denver, CO 80237 |
| Mike S. Richardson, Esq.<br>Milgrom & Daskam<br>1550 Larimer Street<br>Suite 503<br>Denver, CO 80202, Esq.<br>Milgrom & Daskam<br>1550 Larimer Street<br>Suite 503<br>Denver, CO 80202 | Matthew T. Faga, Esq.<br>William Cross, Esq.<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Ste. 1950<br>Denver, CO 80203 |
| Jan L. Hammerman,<br>PO Box 3446<br>Englewood, Colorado 80155 | |

I further certify that on **March 30, 2023,** I mailed a complete copy of **Movant's Status Report** to the following:

Jason S. Buckley, Esq.
GARFIELD & HECHT, P.C.
625 East Hyman Avenue, Suite 201
Aspen, Colorado 81611
*Counsel for Creditors Matthew and Allison Wilcoxson*

Joe T. Reece
Bethany R. Reece
P.O. Box 6670
Denver, Colorado 80206
*Counsel for Creditor 460 Adams LLC*

*Duly signed original on file in the offices of*
*MURR SILER & ACCOMAZZO, P.C.*


*/s/       Cassie P. Schauer*
Cassie P. Schauer