## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

In re T M GRACE BUILDERS, INC.

Debtor.                                        Case No. 22-12026-MER

                                                Chapter 11

### ORDER GRANTING *UNOPPOSED/STIPULATED* MOTION TO RESCHEDULE EVIDENTIARY HEARING SET FOR JUNE 20, 2023, AND TO CONTINUE DISCOVERY DEADLINES

Upon the UNOPPOSED/STIPULATED Motion of Creditors 460 Adams LLC, Pacheco Enterprises LLC, and Cruz Painting, ("Movants") to *Reschedule Evidentiary Hearing Set for June 20, 2023, and to Continue Discovery Deadlines*, upon being fully advised as to the premises and no objections entered, finds that good cause exists for same and no prejudice will be caused by granting the relief requested.

It is hereby ORDERED that the hearing currently scheduled for June 20, 2023, shall be rescheduled and that all the associated deadlines for discovery, exchange of witness and exhibit lists, and stipulated facts shall likewise be continued consistent with the deadlines specified in L.B.R. 7026-1.

Separate instruction for resetting the hearing on PFG's Motion for Partial Release of 11 U.S.C. 363(f) Sale Proceeds in Court Registry will follow.

Dated this 18th of May, 2023.

BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge